Michelle **SNYDER**, Petitioner,

v.

**JEFFERSON COUNTY SCHOOL DISTRICT R–1 and The Board of Education of Jefferson County School District R–1, Respondents.**

**No. 90SC248.**

Supreme Court of Colorado.

Feb. 11, 1991.

## ORDER OF COURT AND MANDATE

Upon consideration of the Record on Appeal, together with briefs filed herein,

IT IS THIS DAY ORDERED that the judgment of the Court of Appeals is vacat-

ed and this case is remanded to the Court of Appeals for reconsideration in light of *Frey v. Adams County School District No. 14,* 804 P.2d 851 (Colo.1991).

NOW THEREFORE, this cause is remanded to the Court of Appeals for further proceedings in conformance with the judgment of this Court.